**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KIESHA D. LEWIS** | * | |
| *Plaintiff*, | * | |
| **v.** | * | **Civil Action No.:** |
| | | **(State Court Case: C-16-CV-25-006146)** |
| **STATE OF MARYLAND,** *et. al.* | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants the State of Maryland, Maryland Department of Transportation, Maryland Transit Administration, Maryland Transportation Authority, and State Highway Administration, ("Defendants"), by undersigned counsel, Mark J. Alderman, Assistant Attorney General, give notice to this Court that they are removing the above-captioned case, Civil Action No. C-16-CV-25-006146, from the Circuit Court for Prince Geoge's County, Maryland to the United States District Court for the District of Maryland. In support of their action to remove, Defendants state:

**INTRODUCTION**

1.      On or about October 31, 2025, Plaintiff filed an action against the Defendants in the Circuit Court for Prince George's County styled as *Kiesha D. Lewis v. State of Maryland, et. al.*, under the Action No**.: C-16-CV-25-006146.**

2.      Pursuant to 28 U.S.C. § 1441(a), any civil action over which federal courts have original jurisdiction, but which is brought in state court, may be removed to the District Court of the United States that embraces where such action is pending. This removal is to the District Court of the United States of Maryland, the jurisdiction where the State Court Action is pending.

3.     A Writ of Summons, Civil Non-Domestic Case Information Sheet and the Complaint were served on or about December 22, 2025.  In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), copies of the Writ of Summons, Civil-Non-Domestic Case Information Sheet, the Complaint with Exhibits (with the Plaintiff's student ID number and non-party telephone numbers and Plaintiff's PMP number redacted from Exhibit A to the Complaint) as served on Defendants, are attached hereto as **Exhibits A**, **Exhibit B**, and **Exhibit C**.

4.     This Notice of Removal is being filed within thirty (30) days after service of the Complaint upon the Defendants, and is timely filed under 28 U.S.C. § 1446(b)(1).

### FACTS AND LAW SUPPORTING REMOVAL

5.     Plaintiff's "Complaint for EEO/HR" generally alleges that the Defendants engaged in employment discrimination and retaliation when processing Plaintiff's applications for multiple positions with the State of Maryland.  (Compl., page 2, Jurisdiction and Venue and Legal Standards).   Plaintiff alleges that the Defendants violated an unspecified federal law analogous to Maryland's Fair Employment Practices Act, in addition to unspecified federal civil rights laws, and that Plaintiff was disparately treated and that Defendants retaliated against her after she complained of discrimination.  (Compl., ¶¶ 5-6 and page 2, Legal Standards and Argument ¶¶ A and B).  Although Plaintiff does not allege that she is a member of any protected class, she states that "A plaintiff states a claim by alleging (i) protected class status (race, sex, disability)." (Compl., page 2, Legal Standards).  Exhibit E to Plaintiff's Complaint is an August 19, 2025 Determination and Notice of Rights from the U.S. Equal Employment Opportunity Commission (EEOC) to the Plaintiff, notifying her that EEOC dismissed her charge.

6.     Under 28 U.S.C. §§ 1331 and 1441, this Court has original jurisdiction over the

2

Complaint's claims brought pursuant to federal anti-discrimination and anti-retaliation laws including but not limited to Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e *et. seq.*) and/or the Americans with Disabilities Act (42 USC §§ 12101 *et. seq.*), regardless of the citizenship of the parties or the amount in controversy. Under 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the State law claims asserted in the Complaint, which concern the same case or controversy.

7. As noted above, pursuant to 28 U.S.C. § l446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, papers, and orders which have been served upon the Defendants in this matter are attached as **Exhibits A-C.** Attached as **Exhibit D** are the current state court docket entries.

8. Pursuant to 28 U.S.C. § 1446(d), the Defendants are filing written notice of this Notice of Removal with the Circuit Court for Prince George's County, Maryland concurrently with the filing of this Notice of Removal and will serve the same on Plaintiff. A copy of the Notice of Filing of Notice of Removal (without attachments), in the form in which it will be filed and served, is attached hereto as **Exhibit E**.

9. Furthermore, pursuant to Local Rule 103.5(a), within thirty (30) days after the filing of this Notice of Removal, the Defendants shall file true and legible copies of all other papers, if any, then on file in the state court, together with a certification from counsel that all filings in the state court action have been filed in the United States District Court for the District of Maryland.

**WHEREFORE,** Defendants respectfully state, based upon the allegations of this Notice of Removal, that this action is properly removable and requests that this Court retain jurisdiction

over the same.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland


*/s/ Mark J. Alderman*

_____
Mark J. Alderman (Bar No. 13915)
Assistant Attorney General
707 North Calvert Street
Baltimore, MD 21202
malderman@mdot.maryland.gov
(410) 545-0040

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2026, a copy of the foregoing Notice of Removal to the United States District Court for the District of Maryland was sent via first-class mail, postage prepaid, to:


Kiesha D. Lewis
2305 Prima Road
Bowie, MD 20721

*/s/ Mark J. Alderman*

_____
Mark J. Alderman (CPF No: 1112130013)

4